UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KWAME ANIR SAAFIR,

                Petitioner,

v.

CITY OF LAS VEGAS, *et al.*,

                Respondents.

Case No. 2:21-cv-01806-CDS-EJY

ORDER

This is a habeas corpus action under 28 U.S.C. § 2254. (*See* ECF No. 1-1.) On October 6, 2021, the court directed petitioner to file an application to proceed *in forma pauperis* or pay the filing fee of $5.00 as required by 28 U.S.C. § 1915(a)(2), Local Rule LSR 1-2. (ECF No. 3.) Petitioner has done neither, nor requested more time to do so, and as such, the court dismisses the action.

Reasonable jurists would not find the court's determination to be debatable or wrong, consequently the court will not issue a certificate of appealability.

IT IS THEREFORE ORDERED that the clerk of the court file the petition for a writ of habeas corpus (ECF No. 1-1).

IT IS FURTHER ORDERED that that the clerk add Aaron Ford, Attorney General for the State of Nevada, as counsel for respondents and provide copies of this order and all prior filings to the Attorney General in a manner consistent with the clerk's current practice, such as regeneration of notices of electronic filing. No response by the Attorney General is necessary.

IT IS FURTHER ORDERED that a certificate of appealability is **DENIED**.

IT IS FURTHER ORDERED that this action is **DISMISSED without prejudice** for petitioner's failure to file an application to proceed *in forma pauperis* or to pay the filing fee. The clerk of the court is directed to enter judgment accordingly and to close this action.

DATED this 18th day of May, 2022.

_____
UNITED STATES DISTRICT JUDGE